# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00846-CV

### In re Tiffany Crouch Bartlett

### E. S., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-FM-12-002643
## HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of E.S. The subject of this proceeding is Tiffany Crouch Bartlett, appellant's attorney.

Appellant filed her notice of appeal on December 9, 2013, and her brief was due January 28, 2014. On January 29, 2014, we ordered counsel to file appellant's brief no later than February 17, 2014. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Tiffany Crouch Bartlett shall appear in person before this Court on Wednesday, March 5, 2014, at 11:00 a.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have sanctions imposed for her failure to obey our January 29, 2014 order. This order to show cause

will be withdrawn and Bartlett will be relieved of her obligation to appear before this Court as ordered above if the clerk of this Court receives appellant's brief before March 5, 2014.

It is ordered on February 19, 2014.


Before Chief Justice Jones, Justices Pemberton and Rose